UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD GALLEGOS, JR.**                               CIVIL ACTION

**VERSUS**                                              NO. 08-1393

**SHERIFF JACK STRAIN, ET AL.**                         SECTION: "A"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Magistrates [sic] Report and Recommendation (Rec. Doc. 8), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims regarding the conditions of his confinement are dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are dismissed with prejudice as pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 23rd day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE